## Case No. 4,308.

EGLESTON et al. v. The AGNES.

[39 Hunt. Mer. Mag. 75.]

District Court, S. D. New York. 1858.

HELD BY THE COURT: That the iron procured from the libelants by Erskine, and used in building the bark, became a lien upon her, whether Erskine was owner of the bark, or builder, or agent of the claimant—the vessel not having left the port since she was built before the suit. The libelants are entitled to recover for whatever iron he shall prove to have been used in constructing the vessel, with costs.